# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARIUS JACKSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>CIRCLE K STORES, INC.,<br><br>    Defendant(s). | Case No. 2:25-cv-01308-RFB-NJK<br><br>**ORDER** |

Defendant filed an answer in state court prior to removal. *See* Docket No. 1-4. The parties must file a joint proposed discovery plan by September 2, 2025.

IT IS SO ORDERED.

Dated: July 28, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1