**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Darius Jackson,<br><br>        Plaintiff(s),<br><br>v.<br><br>Circle K Stores, Inc.,<br><br>        Defendant(s). | Case No. 2:25-cv-01308-RFB-NJK<br><br>**Order**<br><br>[Docket No. 16] |

Pending before the Court is a stipulation to extend case management deadlines by 60 days. Docket No. 16.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. This analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

In this case, the parties seek a 60-day extension predicated on the decision to scrap a site inspection upon learning that Defendant's corporate office had not approved one. Docket No. 16 at 3. No elaboration is provided as to that circumstance, no new site inspection date is identified, and no explanation is given as to why two additional months of discovery would be required to account for this delay. As a one-time courtesy, the Court will extend deadlines by two weeks.[1]

Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part. Case management deadlines are **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  April 27, 2026

---

[1] The stipulation also includes passing reference that Plaintiff's counsel substituted into the case about 45 days ago. Docket No. 16 at 3. It is not clear whether the parties are relying on that circumstance to support the instant request, but such reliance would be misplaced. *See, e.g.*, Local Rule IA 11-6(c), (d), and (e).

1

- Rebuttal experts:  May 29, 2026

- Discovery cutoff:  June 29, 2026

- Dispositive motions:  July 29, 2026

- Joint proposed pretrial order:  August 28, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: March 31, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2