**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Darius Jackson,
Plaintiff(s),
v.
Circle K Stores Inc.,
Defendant(s).

Case No. 2:25-cv-01308-RFB-NJK

**Order**

[Docket Nos. 22, 23]

Pending before the Court are two notices of deposition. Docket Nos. 22, 23. Discovery-related documents must be served on the affected party, not filed on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

In addition, the Court notes that discovery is **closed**. Docket No. 17; *see also, e.g.*, *Rakhra v. PHW Las Vegas, LLC,* 2014 WL 99302, at *3 (D. Nev. Jan. 3, 2014) ("To take a deposition after court-imposed deadlines requires a stipulation approved by the court, or an order granting a motion to re-open discovery"). If Defendant filed these notices as an implicit request to extend the discovery cutoff, that request would be denied because there is no showing made to support it.

IT IS SO ORDERED.

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge